■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JON PETER FINE, Admitted on July 26, 1993, at a Term of the Appellate Division, First Department. [786 NYS2d 914]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 240 AD2d 106 (1998).]

■ In the Matter of SVI ZER, a Disbarred Attorney. [786 NYS2d 914]—Reinstatement denied. No opinion. Concur—Tom, J.P., Sullivan, Ellerin, Lerner and Sweeny, JJ.